UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

CASE NO.:    6:25-cv-02125-JSS-NWH
Civil Division

DARIEN LAVON MAYE,

      Plaintiff,

vs.

JOST INTERNATIONAL CORPORATION,

      Defendant.

_____/

### NOTICE OF THIRD PARTY LIEN PURSUANT
### TO SECTION 440.39 FLORIDA STATUTES

The Plaintiff's employer, Hundai Translead, Inc., and the employer's workers compensation carrier/servicing agent, Sedgwick CMS, by and through their undersigned attorneys, file this Notice of Lien Rights pursuant to Section 440.39, Fla. Stat., and state as follows:

1. The Plaintiff, Darien Maye, filed a worker's compensation claim with the employer/carrier/servicing agent with an accident date of 9/16/2025.

2. Pursuant to Chapter 440, Fla. Stat., the Employer/Servicing Agent/Lienholder has made payments to, and on behalf of, Darien Maye, in the amount of $10,927.17 in medical benefits and $15,990.68 in indemnity benefits for a total payment of $26,917.85.

3. The Employer/Carrier/Servicing Agent maintains a lien against any settlement, judgment or other recovery made by the Plaintiff against any third parties as a result of her work-related accident of 9/16/2025 and further claim a lien for any additional compensation or medical benefits that may be paid on behalf of the Plaintiff.

WHEREFORE, this shall serve as official notice to all parties, that the above parties reserve their rights to make recovery, pursuant to Section 440.39, Florida Statutes, from any monies obtained by Darien Maye in relation to the above-referenced claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

electronic mail on this 30th day of July 2026, to the attorney for the plaintiff, Ciera L. Lipps,

Esquire at: Ciera@eazlaw.com.

*/s/ Amy R. Ritchey*

_____

Amy R. Ritchey, Esquire
HR Law, P.A.
2807 Edgewater Drive
Orlando, FL 32804
Phone: (407) 571-7400
Florida Bar No. 44936
Attorney for the Employer/Carrier/Servicing Agent