UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARIEN LAVON MAYE,

Plaintiff,

vs. CASE NO.: 6:25 cv-02125-JJS-NWH

JOST INTERNATIONAL CORPORATION, and GREAT DANE, LLC d/b/a GREAT DANE TRAILERS,

Defendants.
_________________________________/

**NOTICE OF DESIGNATION OF LEAD COUNSEL FOR**
**DEFENDANT GREAT DANE, LLC d/b/a GREAT DANE TRAILERS**

Defendant, Great Dane, LLC d/b/a Great Dane Trailers, pursuant to Local Rule 2.02(a), hereby designates Michael D. Begey, Esquire, as its lead counsel in this matter.

Respectfully submitted,

/s/ *Michael D. Begey*
MICHAEL D. BEGEY
Florida Bar No.: 0120928
E-mail: mbegey@rumberger.com (primary)
docketingorlando@rumberger.com and
mbegeysecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
*Attorney for Defendant, Great Dane, LLC d/b/a Great Dane Trailers*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Michael D. Begey*
MICHAEL D. BEGEY
Florida Bar No.: 0120928
E-mail: mbegey@rumberger.com (primary)
docketingorlando@rumberger.com
and
mbegeysecy@rumberger.com
(secondary)
ALEXANDER A. MELVIN
Florida Bar No.: 1025954
Email: amelvin@rumberger.com (primary)
docketingorlando@rumberger.com and
amelvinsecy@rumberger.com
(secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
*Attorney for Defendant, Great Dane, LLC*
*d/b/a Great Dane Trailers*