UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

CASE NO.: 6:25-cv-02125-JSS-NWH
Civil Division

DARIEN LAVON MAYE,

Plaintiff,

vs.

JOST INTERNATIONAL CORPORATION, and
GREAT DANE, LLC, dba GREAT
DANE TRAILERS,

Defendant.
_______________________________________/

**AMENDED NOTICE OF THIRD PARTY LIEN PURSUANT TO SECTION 440.39 FLORIDA STATUTES**

The Plaintiff's employer, Dairy Farmers of America, Inc./T.G. Lee – Orlando, and the employer's workers compensation carrier/servicing agent, Sedgwick CMS (hereinafter "Employer/Carrier/Servicing Agent"), by and through their undersigned attorneys, file this Notice of Lien Rights pursuant to Section 440.39, Fla. Stat., and state as follows:

1. The Plaintiff, Darien Maye, filed a worker's compensation claim with the employer/carrier/servicing agent with an accident date of 9/16/2025.

2. Pursuant to Chapter 440, Fla. Stat., the Employer/Servicing Agent/Lienholder has made payments to, and on behalf of, Darien Maye, in the amounts of $10,927.17 in medical benefits and $15,990.68 in indemnity benefits for a total payment of $26,917.85.

3. The Employer/Carrier/Servicing Agent maintains a lien against any settlement, judgment, or other recovery made by the Plaintiff against any third parties as a result of the Plaintiff's work-related accident of 9/16/2025 and further claims a lien for any additional compensation or medical benefits that may be paid on behalf of the Plaintiff.

WHEREFORE, this shall serve as official notice to all parties, that the Employer/Carrier/Servicing Agent reserve their rights to make recovery, pursuant to Section 440.39, Florida Statutes, from any monies

obtained by Darien Maye in relation to the above-referenced claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail on this 9TH day of September 2026, to the attorney for the plaintiff, Ciera L. Lipps, Esquire at: Ciera@eazlaw.com and TeamLiz@eazlaw.com and ChrisQ@eazlaw.com.

***/s/ Amy R. Ritchey***

___________________________________

Amy R. Ritchey, Esquire
HR Law, P.A.
603 North Indian River Drive
Fort Pierce, FL 34951
Phone: (407) 571-7400
aritchey@hrlawflorida.com
Florida Bar No. 44936
Attorney for the Employer/Carrier/Servicing Agent