UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARIEN LAVON MAYE,

Plaintiff,

v. Case No.: 6:25-cv-02125-JSS-NWH

JOST INTERNATIONAL CORPORATION,
and GREAT DANE, LLC, d/b/a GREAT
DANE TRAILERS,

Defendants.
_______________________________________/

**DEFENDANT GREAT DANE, LLC d/b/a GREAT DANE TRAILERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Defendant, Great Dane, LLC, d/b/a Great Dane Trailers ("Great Dane"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 3.01(b) of the United States District Court for the Middle District of Florida, respectfully moves this Court for an extension of time within which to respond to Plaintiff's Fourth Amended Complaint, and in support states as follows:

## I. RELIEF REQUESTED

Pursuant to Local Rule 3.01(b), the precise relief requested is an Order extending Great Dane's deadline to respond to Plaintiff's Fourth Amended Complaint by fourteen (14) days from the current deadline.

As set forth in the Local Rule 3.01(g) Certificate below, counsel for Plaintiff has been conferred with, and does not oppose the relief requested. This Motion is therefore unopposed, and its title so states in accordance with Local Rules 1.09 and 3.01(b).

## II. FACTUAL AND PROCEDURAL BACKGROUND

1. On August 6, 2026, the Court granted Plaintiff leave to file his Fourth Amended Complaint and to join Great Dane, LLC, d/b/a Great Dane Trailers, as a Defendant (ECF No. 130). The Fourth Amended Complaint is the operative pleading in this action.

2. Great Dane, LLC was served with the Fourth Amended Complaint and summons thereafter.

3. Defense counsel was recently retained to represent Great Dane, LLC, d/b/a Great Dane Trailers in this matter.

4. This Motion is filed before the expiration of Great Dane's time to respond to the Fourth Amended Complaint. The requested extension is therefore governed by the good cause standard of Federal Rule of Civil Procedure 6(b)(1)(A).

5. Counsel for Plaintiff has been contacted regarding the relief requested herein and has no objection. This Motion is therefore unopposed, and its title so states in accordance with Local Rules 1.09 and 3.01(b).

6. The requested extension will not affect any deadline established by the Case Management and Scheduling Order (ECF No. 93). Discovery does not close until April 5, 2027; dispositive motions are not due until May 3, 2027; and the trial term does not commence until October 4, 2027.

7. This Motion is made in good faith and not for the purpose of delay, and no party will be prejudiced by the relief requested.

## III. MEMORANDUM OF LEGAL AUTHORITY

### A. Rule 6(b)(1)(A) supplies the governing standard, and good cause exists.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Because this Motion is filed before Great Dane's response deadline expires, the liberal good cause standard of Rule 6(b)(1)(A) governs, and Great Dane need not establish excusable neglect under Rule 6(b)(1)(B). Whether to grant an extension under Rule 6(b)(1)(A) is committed to the sound discretion of the district court.

Good cause is plainly present. Defense counsel was recently retained to represent Great Dane, LLC, d/b/a Great Dane Trailers in this matter and requires additional time to fully and accurately review the Fourth Amended Complaint and

prepare a responsive pleading. The Fourth Amended Complaint is a substantial pleading asserting multiple product liability claims arising from a September 16, 2025 trailer landing-gear collapse. A brief fourteen-day extension will permit newly retained counsel to prepare a thorough and accurate response, which serves the interests of all parties and the Court.

**B. No party will be prejudiced and no case deadline will be disturbed.**

Plaintiff's counsel has been contacted and does not oppose the requested extension. The relief sought affects only Great Dane's response deadline; it does not alter any date in the Case Management and Scheduling Order (ECF No. 93).

Ample time remains before every significant case deadline. Expert disclosures are not due until February 1, 2027; discovery does not close until April 5, 2027; dispositive motions are not due until May 3, 2027; and the trial term does not commence until October 4, 2027. Great Dane's responsive pleading will be filed well in advance of each of those dates.

The requested extension also serves judicial economy by ensuring that Great Dane's responsive pleading is thorough and well-prepared. Granting the extension advances the direction of Federal Rule of Civil Procedure 1 that the rules be construed to secure the just, speedy, and inexpensive determination of this action.

## IV. CONCLUSION

**WHEREFORE**, Defendant, Great Dane, LLC, d/b/a Great Dane Trailers, respectfully requests that this Court enter an Order extending its deadline to respond to Plaintiff's Fourth Amended Complaint by fourteen (14) days, and granting such other and further relief as this Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATE

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred in good faith with counsel for Plaintiff regarding the relief requested in this Motion. Counsel for Plaintiff, Ciera L. Lipps, Esq., advised that Plaintiff has no objection to the relief requested herein. The parties therefore agree on the resolution of this Motion, and the Motion is unopposed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court and furnished via electronic service utilizing the CM/ECF system to all parties listed in the enclosed Service List on the following page via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing, and that a true and correct copy of the foregoing has been furnished to Plaintiff, Darien Lavon Maye, by electronic

mail and by United States Mail, postage prepaid, at the address listed on the Service List.

Dated this 11th day of September, 2026.

/s/ ***Michael D. Begey***
MICHAEL D. BEGEY
Florida Bar No.: 0120928
E-mail: mbegey@rumberger.com (primary)
docketingorlando@rumberger.com
and
mbegeysecy@rumberger.com
(secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
*Attorney for Defendant, Great Dane, LLC*
*d/b/a Great Dane Trailers*

**SERVICE LIST**
United States District Court
Middle District of Florida
Case No. 6:25-cv-02125-JSS-NWH

Mr. Richard Dennis Rusak, Esq.
Mr. Tyler J. Canfield, Esq.
Cole, Scott & Kissane, P.A.
*Counsel for Defendant Jost International Corporation*
9150 South Dadeland Blvd., Suite 1400
Miami, FL 33156
Telephone: (786) 268-6475
E-mail: richard.rusak@csklegal.com
E-mail: tyler.canfield@csklegal.com

Mr. Darien Lavon Maye
*Plaintiff*
3744 American Holly Road
Jacksonville, FL 32226
Telephone: (689) 986-4714
E-mail: darienmaye.litigation@gmail.com
E-mail: darienmaye190@gmail.com

Ciera L. Lipps, Esq.
Elizabeth Zwibel Law
*Attorney for Darien Lavon Maye*
652 Nina Drive
St. Petersburg, FL 33715
Telephone: (727) 405-8786
Facsimile: (727) 255-0552
E-mail: Ciera@eazlaw.com, TeamLiz@eazlaw.com,
and Allyson@eazlaw.com